IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24-cr-03008-SRB-1 |
| | ) | |
| STEVEN MICHAEL KONERT, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate David Rush's Report and Recommendation (Doc. #40) to deny Defendant Steven Michael Konert's ("Defendant") Motion to Suppress (Doc. #28). Neither party has filed a timely objection to the Report and Recommendation.

After an independent and careful review of the record, the applicable law, and the parties' arguments, the Court ADOPTS Judge Rush's Report and Recommendation (Doc. #40). It is ORDERED that the Report and Recommendation be attached to and made a part of this Order. Defendant's Motion to Suppress (Doc. #28) is DENIED.

**IT IS SO ORDERED.**

Dated: October 28, 2024

/s/ Stephen R. Bough
STEPHEN R. BOUGH, JUDGE
UNITED STATES DISTRICT JUDGE